## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| B.S., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:25-cv-211 |
| | ) | Judge Stephanie L. Haines |
| WARDEN LEONARD ODDO, *in his official* | ) | Magistrate Judge Richard A. Lanzillo |
| *Capacity as Warden Moshannon Valley* | ) | |
| *Processing Center et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

### <u>MEMORANDUM ORDER</u>

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by B.S. ("Petitioner") (ECF No. 1). On August 18, 2025, the Court ordered service of the Petition (ECF No. 10). A Response (ECF No. 12) was filed on September 19, 2026. The case was reassigned to Magistrate Judge Richard A. Lanzillo for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D. Judge Lanzillo ordered Respondents provide a status report updating the Court of the current status of the case (ECF No. 14). Soon after Respondents provided a Status Report (ECF No. 15) informing the Court that Petitioner was removed from the United States on November 18, 2025. ECF Nos. 15, p. 1; ECF No. 15-1. Subsequently, Judge Lanzillo issued an Order to Show Cause (ECF No. 16) as to why this matter should not be dismissed as moot due to the deportation of Petitioner. A response was due by March 27, 2026. Counsel for Petitioner filed a Response (ECF No. 17) confirming that Petitioner was removed to India on or about November 19, 2025, and that the case should be dismissed as moot.

On March 31, 2026, Magistrate Judge Lanzillo filed a Report and Recommendation (ECF No. 18) recommending that the Petition (ECF No. 1) be dismissed as moot because the Court had

learned that Petitioner had been removed from the United States prior to an Answer to the Petition being filed. Objections to the Report and Recommendation could be filed on or before April 14, 2026. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. No objections were filed, and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 18) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Lanzillo in this matter. Judge Lanzillo correctly deemed Petitioner's Petition for Habeas Corpus moot as Petitioner was removed from the United States on November 19, 2025, and as such there is no remedy the Court can provide.

Accordingly, the following order is entered:

### ORDER

AND NOW, this 17th day of April, 2026, IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) hereby is DISMISSED AS MOOT; and,

IT IS FURTHER ORDERED that Magistrate Judge Lanzillo's Report and Recommendation (ECF No. 18) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge

2